IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUELINE LITTLE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al | : | NO. 14-2399 |

**O R D E R**

AND NOW, this 29th day of January, 2015, with consent of all parties in the above-captioned matter, it is hereby ORDERED that Defendant(s), MINITA LITTLE, DUANE WHITE, RONALD BURGESS, DONALD RYDER and DAMON LINDER are DISMISSED with prejudice.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
CHIEF UNITED STATES MAGISTRATE JUDGE