IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUELINE LITTLE | : | CIVIL ACTION |
| vs. | : | |
| CITY OF PHILADELPHIA, et al | : | NO. 14-2399 |

## ORDER

**AND NOW, TO WIT:** This 30th day of January, 2015, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

This Court specifically retains jurisdiction until August 1, 2015.

BY THE COURT

CAROL SANDRA MOORE WELLS
CHIEF U.S. MAGISTRATE JUDGE

Civ 2 (7/83)
41.1(b)